UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARY CHACON,

     Plaintiff,

  v.

COUNTY OF SAN
BERNARDINO, et al.,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:25-cv-01068-MRA-JC

ORDER ACCEPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

[DOCKET NOS. 14, 15]

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the January 29, 2026 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").

IT IS HEREBY ORDERED:

1.  Defendants' Request for Judicial Notice is granted;

2.  Defendants' Motion to Dismiss the Complaint is granted to the extent it seeks dismissal of Claims Four Through Six and Claims Four Through Six Are Dismissed with Prejudice/without Leave to Amend;

3.    Defendants' Motion to Dismiss is otherwise denied;

4.    Defendants shall file an Answer to the remaining portions of the Complaint within fourteen (14) days.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff and counsel for Defendants.

IT IS SO ORDERED

DATED: March 06, 2026

_____
HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2.